AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ORAFOL AMERICAS INC.; and ORAFOL EUROPE GMBH,

Plaintiffs,

v.

TROY D. YOUNG, individually; and VINYL FANATIC LLC,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cv-43

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated December 17, 2020, the Court dismisses with prejudice all of the parties' claims and counterclaims against each other and this case stands closed. The Court retains jurisdiction to enforce the terms of the settlement agreement reached by the parties in this case.

Approved by: _____

December 21, 2020
Date

John E. Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03